IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40641
Conference Calendar
_____


CLEMMIE R. WICKWARE,

                                        Plaintiff-Appellant,

versus

JAMES A. COLLINS ET AL.,

                                        Defendants,

K. KUYKENDALL,

                                        Defendant-Appellee.


- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:92-CV-73
- - - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Clemmie R. Wickware filed an appeal from the magistrate judge's denial of his motion for a preliminary injunction; nevertheless, he has failed to brief this issue.  Issues which are not briefed are waived.  Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

     Wickware argues that the magistrate judge erred in dismissing his claims against the defendants other than Dr. Kuykendall.  As these issues do not concern the denial of the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

preliminary injunction, we lack jurisdiction to consider them. Lakedreams v. Taylor, 932 F.2d 1103, 1107 (5th Cir. 1991); 28 U.S.C. § 1292(a)(1). This appeal is frivolous and is DISMISSED as such. 5TH CIR. R. 42.2.

Wickware previously has been warned by this court that he may be sanctioned for filing further frivolous pleadings. Accordingly, Wickware is barred from filing any pro se, in forma pauperis, civil appeal in this court, or any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court or of this court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Wickware, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTION IMPOSED.